ACCEPTED
01-15-00390-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 12:22:31 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST APPELLATE DISTRICT

### NO. 01-15-00390-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 12:22:31 PM
CHRISTOPHER A. PRINE
Clerk

**JOHN T. PRESTON and C CHANGE INVESTMENTS, LLC,**

*Appellants*

**v.**

**EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ**

*Appellees*

### APPELLEES' SECOND UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS

Appellees Emjo Investments, Ltd. and H.J. von der Goltz file this Second Unopposed Motion for Extension of Time to File Appellees' Briefs under the authority of Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

1. This is an accelerated appeal from an order of the 215th Judicial District Court entered November 17, 2014, denying the Special Appearances of John T. Preston and C Change Investments, LLC.

2. Preston and C Change filed separate opening briefs on June 12, 2015.

3. Appellees' responsive briefs are due to be filed on or before July 22, 2015.

4. This motion seeks an extension of time of 5 days, up to and including July 27, 2015, to file Appellees' responsive briefs.

5. This is Appellees' second request for an extension to file their briefs.

6.     Counsel for Appellees seeks this deadline to accommodate her workload, including new matters that have demanded immediate attention and the following matter:

- Cause No. 2014-53760; *Piping Technology & Products, Inc. v. Gopikrishna P. Doraiswamy and Rilco Manufacturing Co., Inc.*; in the 333rd Judicial District Court (on trial docket beginning August 3, 2015); and

Wherefore Appellees Emjo Investments, Ltd. and H.J. von der Goltz respectfully request that the Court extend the time for them to file their responsive briefs by 5 days, up to and including July 27, 2015.

Respectfully submitted,

**ELLISON & KELLER, P.C.**

/s/Kelley M. Keller
By: Kelley M. Keller
State Bar No. 11198240
5120 Woodway, Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Facsimile: 713-266-8201
kkeller@ellison-keller.com

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I, Kelley M. Keller, certify that on July 20, 2015, I conferred with counsel for the Appellants regarding the briefing schedule in this appeal. Counsel for Appellants does not oppose the relief sought in this motion.

/s/Kelley M, Keller
Kelley M. Keller

## CERTIFICATE OF SERVICE

A true and correct copy of this *Appellees' Second Unopposed Motion for Extension of Time to File Appellees' Briefs* has been forwarded to all counsel of record on July 20, 2015, via email and/or eservice as follows:

Asher Griffin
Chris Sileo
Sean Flammer
SCOTT, DOUGLASS & MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Facsimile: 512-474-0731
agriffin@scottdoug.com

*Attorneys for Defendants*
*Chalsys Capital Partners, Meliora Energy Technologies, S.a.r.L, and Sonia Lo*

F. Eric Fryar
Matthew Buschi
Christina Richardson
FRYAR LAW FIRM, P.C.
912 Prairie, Suite 100
Houston, Texas 77002-3145
Facsimile: 281-605-1888
eric@fryarlawfirm.com

*Attorneys for all Intervenors/Plaintiffs*

Jane Langdell Robinson
Jamie Aycock
AHMAD. ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
3460 One Houston Center
1221 McKinney Street
Houston. Texas 77010
Facsimile: 713-658-0062
sgorman@azalaw.com
jrobinson@azalaw.com
jamieaycock@azalaw.com

*Attorneys for Appellant Christoph Henkel*

/s/Kelley M. Keller
Kelley M. Keller